UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In the Matter of the Search of: | Case No. 19 M 38 |
| The single family residence located at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇, Palos Heights, Illinois, as further described in Attachment A-4 | Magistrate Judge Beth W. Jantz  **UNDER SEAL** |

## ORDER

By prior Order in the above-captioned matter, this Court directed the government to file a redacted version of the Search Warrant and Application and Affidavit in this matter so that, following this Court's review and approval of those redacted documents, this Court would issue an order unsealing the redacted documents, with all other filings in the above-captioned matter to remain permanently sealed.

The government has now filed a redacted version of the Search Warrant (Dkt. No. 22), a redacted version of the Search Warrant return (Dkt. No. 23) and a redacted version of the Application and Affidavit (Dkt. No. 24).

This Court has reviewed the redacted documents and finds them acceptable for unsealing.

Accordingly, this Court HEREBY ORDERS:

A. The District Court Clerk shall unseal this matter in a manner such that the redacted version of the Search Warrant (Dkt. No. 22), the redacted version of the Search Warrant return (Dkt. No. 23) and the redacted

    version of the Application and Affidavit (Dkt. No. 24) are the only pleadings that are publicly accessible;

B.    Other than the redacted documents described in Paragraph A above, all other filings in the above-captioned matter, including the original Search Warrant and Application and Affidavit, shall remain permanently sealed; and

C.    Any redactions to the caption of the Search Warrant and Application and Affidavit shall likewise be made to the name of this matter on the publicly accessible docket.

ENTER:

*[signature]*

BETH W. JANTZ
United States Magistrate Judge

DATE: 6/3/2022

2